# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PIERO SANCHEZ CONDEMARIN (1);<br>ARACELY REYES AGUILAR (2),<br><br>Defendant. | Case No.  21-cr-03311-JLS<br><br>**ORDER AND JUDGMENT GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AS TO PIERO SANCHEZ CONDEMARIN AND ARACELY REYES AGUILAR WITHOUT PREJUDICE** |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendants, PIERO SANCHEZ CONDEMARIN and ARACELY REYES AGUILAR, be granted.  The dismissal shall be without prejudice.

**SO ORDERED.**

Dated:  January 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge